```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  OSCAR PEREZ-MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-00031 FCD |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| OSCAR PEREZ-MARTINEZ, ) | |
| Defendant. ) | Date: March 30, 2009 |
| ) | Time: 9:30 a.m. |
| _____ ) | Judge: Frank C. Damrell, Jr. |

It is hereby stipulated between the parties, Daniel McConkie, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, OSCAR PEREZ-MARTINEZ, that the Status Conference hearing date of March 9, 2009, be vacated and a new Status Conference hearing date of March 30, 2009, at 10:00 a.m. be set.

This continuance is requested because defense counsel needs more time to go over the pre-plea report with Mr. Perez-Marinez and work on a disposition.

It is further stipulated that the period from March 9, 2009, through and including March 30, 2009, should be excluded pursuant to

///

///

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: March 6, 2009

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              */s/ Mary M. French*
                                              _____
                                              MARY M. FRENCH
                                              Supervising Assistant Federal Defender
                                              Attorney for Defendant
                                              OSCAR PEREZ-MARTINEZ


Dated: March 6, 2009                LAWRENCE G. BROWN
                                              Acting United States Attorney

                                              */s/ Mary M. French for*
                                                   *Daniel McConkie*
                                              _____
                                              DANIEL McCONKIE
                                              Assistant U.S. Attorney


                                          **ORDER**

**IT IS SO ORDERED.**

Dated: March 6, 2009